IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BESSIE RANDOLPH,**

      Plaintiff,

    v.                          No. 1:14-CV-00366-KG-KBM

**THE UNITED STATES OF AMERICA,**

      Defendant.

## ORDER DISMISSING COUNT II OF THE COMPLAINT

THE COURT having received and reviewed the Stipulated Motion to Dismiss Count II from the Complaint with prejudice, and good cause appearing,

IT IS ORDERED, that the allegations be dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Submitted by,
BARBER & BORG, LLC
*/s/ Nathan S. Anderson*
Nathan S. Anderson
Scott E. Borg
PO Box 30745
Albuquerque, NM 87190
(505) 884-0004
nathan@barberborg.com

Approved by:
DAMON P. MARTINEZ
United State Attorney
*Electronic Approval Given Dec. 5, 2014*
Cynthia Weisman, Esq.
Assistant U.S. Attorney – District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
(505) 224-1458