IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BESSIE RANDOLPH,

    Plaintiff,

v.                                                  CIV 14-0366 KG/KBM

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER DENYING MOTION TO CONTINUE TRIAL

This matter comes before the Court upon Defendant's Motion to Continue Trial Setting, filed January 15, 2016. (Doc. 113). Plaintiff responded on January 25, 2016. (Doc. 119). Per the Court's Order filed on January 15, 2016, no replies will be accepted. (Doc. 114).

The Court having considered the motion, the response, and relevant law, and being otherwise fully informed, denies the Motion to Continue Trial Setting (Doc. 113).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE