IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BESSIE RANDOLPH,

    Plaintiff,

v.                                            CIV 14-0366 KG/KBM

THE UNITED STATES OF AMERICA,

    Defendant.

ORDER GRANTING MOTION TO BIFURCATE

This matter comes before the Court upon Plaintiff's Motion to Bifurcate the Claims of Oszale Martinez and Shannon Martinez, filed January 20, 2016. (Doc. 115). Defendant responded on January 25, 2016. (Doc. 118). Per the Court's Order filed on January 15, 2016, no replies will be accepted. (Doc. 114).

The Court having considered the motion, the response, and relevant law, and being otherwise fully informed, grants the Motion to Bifurcate the Claims of Oszale Martinez and Shannon Martinez (Doc. 115).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE