UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BESSIE RANDOLPH, *individually and*
*on behalf of O.M and S.M, minors,*

      Plaintiff,

   vs.                                     No. CIV 14-0366 KG/KBM

UNITED STATES OF AMERICA,

      Defendant.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference to discuss trial matters will be held by telephone on **TUESDAY, FEBRUARY 2, 2016, AT 1:30 PM**.  Counsel shall call Judge Gonzales' Meet Me line at 505.348.2354 to be connected to the proceedings. *This line can only accommodate up to five telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made*.

                                              _____
                                              UNITED STATES DISTRICT JUDGE